## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

**GREGORY WINSKOWSKI,**

        **Plaintiff,**

**v.**                                                    **ORDER**
                                               **Civil No. 02-4082 (MJD/RLE)**

**CITY OF STEPHEN, a municipal
corporation,**

        **Defendant.**

---

Jamie R. Pierce, Marshall H. Tanick, and Teresa J. Ayling, Mansfield Tanick & Cohen, PA Counsel for Plaintiff.

Julie Anne Fleming-Wolfe, Fleming-Wolfe Law Office, Counsel for Defendant.

---

Pursuant to the Eighth Circuit's order and judgment in this case [Doc. Nos. 104 & 105], the Court issues the following order.

It is **HEREBY ORDERED**:

(1)   The Court's Order and Judgement in favor of Plaintiff [Doc. Nos. 76 & 77] are **VACATED**;

(2)   The Court's Order granting in part and denying in part Plaintiff's Motion for New Trial and Attorneys Fees [Doc. No. 85] is **VACATED AS TO AN**

1

Dockets.Justia.com

**AWARD OF ATTORNEYS FEES TO PLAINTIFF**;

      (3)    The Court's Order denying Defendant's Motion as a Matter of Law or

in the Alternative for a New Trial [Doc. No. 86] is **VACATED**; and

      (4)    Judgment shall be entered in favor of Defendant on all counts.


      **LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: June 13, 2006

                          s / Michael J. Davis

                          Michael J. Davis

                          UNITED STATES DISTRICT COURT